```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF CONNECTICUT
```

ELIZABETH PEREZ,                :
                                :
     Plaintiff,                 :
                                :
V.                              :   CASE NO.  3:11cv1532(DFM)
                                :
MICHAEL J. ASTRUE,              :
COMMISSIONER OF THE SOCIAL      :
SECURITY ADMINISTRATION,        :
                                :
     Defendant.                 :

                         NOTICE AND ORDER

    The plaintiff's dispositive motion was due March 6, 2012. (Doc. #15.).  Confronted with a court-ordered deadline, counsel must either comply with the obligation or seek a court order enlarging the time within which she must comply.  To date, the plaintiff has done neither.

    It is hereby ORDERED that the plaintiff file her motion by May 28, 2012.  Failure to do so may result in the imposition of sanctions including dismissal.

    So ordered.

    Dated at Hartford, Connecticut this 4th day of May 2012.

```
                                    _____/s/_____
                                    Donna F. Martinez
                                    United States Magistrate Judge
```